

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

PHILIP VALENTE,

    Defendant.

_____/

Case: **2:26-cr-20305**
Assigned To : **Michelson, Laurie J.**
Referral Judge: **Patti, Anthony P.**
Assign. Date : **5/20/2026**
Description: **INDI USA v. Valente (jo)**

Violation: 18 U.S.C. § 844(i)

**INDICTMENT**

THE GRAND JURY CHARGES:

FILED
CLERK'S OFFICE

MAY 2 0 2026

U.S DISTRICT COURT
EASTERN MICHIGAN

**COUNT ONE**
18 U.S.C. § 844(i)
*Arson Affecting Interstate Commerce*

On or about May 11, 2026, in the Eastern District of Michigan, Southern Division, the defendant, Philip Valente, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and personal property, that is VICTIM BUSINESS 1, used in interstate and foreign commerce and used in any activity affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

1

THIS IS A TRUE BILL.

s/Grand Jury Foreperson
_____
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

s/Mark Bilkovic
_____
Mark Bilkovic
Chief, Violent and Major Crimes Unit

s/Frankie Dame
_____
Frankie Dame
Assistant United States Attorney

s/Andrew Picek
_____
Andrew Picek
Assistant United States Attorney

Dated: May 20, 2026

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: **2:26-cr-20305**<br>Assigned To : **Michelson, Laurie J.**<br>Referral Judge: **Patti, Anthony P.**<br>Assign. Date : **5/20/2026**<br>Description: **INDI USA v. Valente (jo)** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)[1]**: | |
| ☐Yes ☑No | **AUSA's Initials:** *s/F.D.* |

**Case Title:**  U.S. v. Philip Valente

**County where offense occurred:** Wayne

**Offense Type:**  Felony

Indictment -- prior complaint - Case No. 26-MJ-30268

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

   **Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

| May 20, 2026 | _____ |
|---|---|
| Date | Frankie Dame<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>Frank.Dame@usdoj.gov<br>(313) 226-9526<br>Bar #: P81307 |

FILED
CLERK'S OFFICE

MAY 2 0 2026

U.S DISTRICT COURT
EASTERN MICHIGAN

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.